# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Patrick J. Kubeika          BK NO. 20-01085 RNO
       Debra L. Kubeika

                                     Chapter 7

                  **Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2018-GS3 and index same on the master mailing list.

                                                    Respectfully submitted,

                                                  **/s/ James C. Warmbrodt, Esquire**
                                                  James C. Warmbrodt, Esquire
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA  19106
                                                  215-627-1322