```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                        Case No. 20-01085-RNO
Patrick J Kubeika                                             Chapter 7
Debra L Kubeika
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5       User: AutoDocke        Page 1 of 1         Date Rcvd: Apr 08, 2020
                           Form ID: ntcovid       Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2020.
```
db/jdb       +Patrick J Kubeika,   Debra L Kubeika,   351 Chestnut Street,   Saint Clair, PA 17970-1135
5314998       Alliance One,   4850 State Road,   Suite 300,   Feasterville Trevose, PA 19053
5315002      +Integrated Medical Group,   82 Tunnel Road,   Pottsville, PA 17901-3869
5315003      +KML Law Group, P.C.,   Attn: Rebecca A. Solarz, Esq.,   701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
5315004      +Lehigh Valley Health Network,   PO BOX 4067,   Allentown, PA 18105-4067
5315005      +Mariner Finance,   1380 Hanover Ave.,   Allentown, PA 18109-2019
5315007     #+Pottsville Endoscopy,   82 Tunnel Road,   Pottsville, PA 17901-3869
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 08 2020 19:39:41
              Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
5314999       E-mail/Text: bankruptcy@bbandt.com Apr 08 2020 19:31:49     BB&T Credit Card,   PO BOX 200,
              Wilson, NC 27894-0200
5316281      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 08 2020 19:39:41
              Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
              4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
5315000       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 08 2020 19:37:59     Capital One Bank,
              Attn: General Correspondence,   PO BOX 30285,   Salt Lake City, UT 84130-0285
5315006       E-mail/PDF: cbp@onemainfinancial.com Apr 08 2020 19:38:50     OneMain Financial Group LLC,
              Grand Central Plaza,   70 S. Locust St.,   Hazleton, PA 18201-6100
5315008       E-mail/Text: jennifer.chacon@spservicing.com Apr 08 2020 19:32:11
              Select Portfolio Servicing,   Attn: Bankruptcy Dept.,   PO BOX 65250,
              Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5315001*      Capital One Bank,   Attn: General Correspondence,   PO BOX 30285,
              Salt Lake City, UT 84130-0285
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2020 at the address(es) listed below:
```
          Douglas Joseph Taglieri    on behalf of Debtor 2 Debra L Kubeika dtaglieri@wfjlaw.net,
           gdeitch@wfjlaw.net;npurcell@wfjlaw.net
          Douglas Joseph Taglieri    on behalf of Debtor 1 Patrick J Kubeika dtaglieri@wfjlaw.net,
           gdeitch@wfjlaw.net;npurcell@wfjlaw.net
          James Warmbrodt    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS3
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William G Schwab (Trustee)    schwab@uslawcenter.com,
           wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                            TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Patrick J Kubeika,

**Debtor 1**

Debra L Kubeika,

**Debtor 2**

Chapter 7

Case No. 5:20–bk–01085–RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting will be held telephonically, refer to the call–in instructions. | Date: April 29, 2020 Time: 09:00 AM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DeborahGeorge, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: April 8, 2020

ntcovid (04/18)

# CALL–IN DIRECTIONS FOR TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA
**(Effective March 30, 2020)**

On March 30, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in–person chapter 7, 12, and 13 section 341 meetings scheduled through May 10, 2020, with the exception that section 341 meetings could proceed through telephonic or other alternative means not requiring any personal appearances. Please read to the end.

This notice addresses the protocol for telephonic appearances for chapter 7 section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

**All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up–to–date information about section 341 meetings of creditors.**

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call–In Number and Passcode assigned to your trustee, which is listed below.

Unless otherwise directed by your trustee, please call–in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch–tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call–in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| **Trustee** | **Call–In Number** | **Passcode** |
|---|---|---|
| Steven Carr | 1–888–282–8246 | 8589279 |
| Mark Conway | 1–866–773–1875 | 5761176 |
| Lawrence Frank | 1–866–724–5066 | 1380190 |
| Leon Haller | 1–866–507–4642 | 2179536 |
| John Martin | 1–866–809–8952 | 7685517 |
| William Schwab | 1–866–707–7516 | 4801433 |
| Robert Sheils | 1–866–714–3930 | 1832207 |
| Lawrence Young | 1–866–453–7506 | 2896054 |