Certificate Number: 06531-PAM-DE-034430142

Bankruptcy Case Number: 20-01085



06531-PAM-DE-034430142

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 7, 2020</u>, at <u>4:27</u> o'clock <u>PM CDT</u>, <u>Patrick J Kubeika</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 7, 2020</u>

By: <u>/s/Connie Krosch</u>

Name: <u>Connie Krosch</u>

Title: <u>Certified Credit Counselor</u>