```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                              Case No. 20-01085-RNO
Patrick J Kubeika                                                   Chapter 7
Debra L Kubeika
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 1      Date Rcvd: Jul 06, 2020
                       Form ID: fnldecac    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.
db/jdb      +Patrick J Kubeika,    Debra L Kubeika,    351 Chestnut Street,    Saint Clair, PA 17970-1135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2020 at the address(es) listed below:
        Douglas Joseph Taglieri    on behalf of Debtor 2 Debra L Kubeika dtaglieri@wfjlaw.net,
         gdeitch@wfjlaw.net;npurcell@wfjlaw.net
        Douglas Joseph Taglieri    on behalf of Debtor 1 Patrick J Kubeika dtaglieri@wfjlaw.net,
         gdeitch@wfjlaw.net;npurcell@wfjlaw.net
        James    Warmbrodt    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS3
         bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        William G Schwab (Trustee)    schwab@uslawcenter.com,
         wschwab@iq7technology.com;ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com
                                                                                                   TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Patrick J Kubeika,
    **Debtor 1**

Debra L Kubeika,
    **Debtor 2**

Chapter    7

Case No.    5:20−bk−01085−RNO

Social Security No.:
    xxx−xx−7525      xxx−xx−4758

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**William G Schwab (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: July 3, 2020

BY THE COURT
By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)